UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE DUDUM, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CARTER'S RETAIL, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-00988-HSG<br><br>**ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

　　　　On March 3, 2015, Plaintiffs Julie Dudum, Estella Garcia, Luningning Ludovico, Lakisha Powell, Columba Gutierrez and Defendant Carter's Retail, Inc. represented to the Court that they had reached the general terms of a settlement of the class claims in this lawsuit and were working to finalize the details of the settlement. *See* Dkt. No. 17.  The parties further represented that they anticipated a motion for preliminary approval of that settlement would be filed within the next 30 days. *Id*.  That 30 day estimate passed over two months ago with no further action by the parties.

　　　　The parties are directed to file an updated Joint Case Management Statement by no later than **June 19, 2015**.  That Statement should apprise the Court of the status of settlement negotiations and the timeline for the filing of a motion for preliminary approval.

　　　　**IT IS SO ORDERED.**

Dated: 6/11/2015

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge