1   [COUNSEL LISTED ON FOLLOWING PAGE]

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10  | JULIE DUDUM, ESTELLA GARCIA, | Case No.  3:14-CV-00988 HSG
    | LUNINGNING LUDOVICO, LAKISHA |
11  | POWELL, and COLUMBA GUTIERREZ, | **STIPULATION AND ORDER**
    | individually, and on behalf of all other | **REGARDING CLASS SETTLEMENT**
12  | similarly situated persons, and on behalf of the | **DEADLINES**
    | California Labor and Workforce Development |
13  | Agency, |
    |                                          | Judge:      Hon. Haywood S. Gilliam, Jr.
14  |                 Plaintiffs,               | Courtroom:  10 – 19th Floor
    |                                          |             450 Golden Gate Avenue
15  |            v.                            |             San Francisco, CA 94102
16  | CARTER'S RETAIL, INC.; and DOES 1 to |
    | 20, inclusive, |
17  |                 Defendant. |

18

19

20

21

22

23

24

25

26

27

28

Cary Kletter, Bar No. 210230
ckletter@kletterlaw.com
Sally Trung Nguyen, Bar No. 267275
snguyen@kletterlaw.com
KLETTER LAW FIRM LLP
1900 S. Norfolk Street, Suite 350
San Mateo, CA 94403
Telephone:     415.434.3400

Attorneys for Plaintiffs
JULIE DUDUM and ESTELLA GARCIA

JOHN MCINTYRE, Bar No. 172128
jmcintyre@sheamcintyre.com
SHEA & McINTYRE, APC
2166 The Alameda
San Jose, CA 95126
Telephone:     408.298.6611

Attorneys for Plaintiffs
LUNINGNING LUDOVICO, LAKISHA POWELL,
and COLUMBA GUTIERREZ

NATALIE A. PIERCE, Bar No. 191342
npierce@littler.com
AURELIO PEREZ, Bar No. 282135
aperez@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California  94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
CARTER'S RETAIL, INC.

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS Plaintiffs, JULIE DUDUM, ESTELLA GARCIA, LUNINGNING LUDOVICO, LAKISHA POWELL, and COLUMBA GUTIERREZ ("Plaintiffs"), and Defendant CARTER'S RETAIL, INC. ("Defendant"), by and through their respective counsel, have met and conferred regarding a schedule of dates and events pertaining to the class settlement in this action pursuant to the Court's March 14, 2016 Order Granting Preliminary Approval;

THE PARTIES HEREBY STIPULATE AND AGREE TO THE FOLLOWING SCHEDULE OF DATES AND EVENTS:

| Event | Date |
| --- | --- |
| Deadline to send notice to Class Members | Thursday, April 07, 2016 |
| Filing deadline for attorneys' fees and costs motion | Thursday, June 16, 2016 |
| Filing deadline for incentive payment motion | Thursday, June 16, 2016 |
| Last date to file objections | Wednesday, July 06, 2016 |
| Last date to submit claims | Monday, June 06, 2016 |
| Filing deadline for final approval motion | Thursday, June 16, 2016 |
| Final fairness hearing and hearing on motions | Tuesday, July 26, 2016 |

THE PARTIES SO STIPULATE.

Dated: March 29, 2016

                                    /s/
                                    CARY KLETTER
                                    SALLY TRUNG NGUYEN
                                    KLETTER LAW FIRM LLP
                                    Attorneys for Plaintiffs
                                    JULIB DUDUM and ESTELLA GARCIA

1    Dated: March 29, 2016                    ___/s/_____
2                                             JOHN MCINTYRE
                                              KEVIN ELLIOT
3                                             SHEA & McINTYRE, APC
                                              Attorneys for Plaintiffs
4                                             LUNINGNING LUDOVICO, LAKISHA
                                              POWELL, and COLUMBA GUTIERREZ
5
     Dated: March 29, 2016                    ___/s/_____
6                                             NATALIE A. PIERCE
                                              AURELIO J. PEREZ
7                                             LITTLER MENDELSON, P.C.
                                              Attorneys for Defendant
8                                             CARTER'S RETAIL, INC.
9
                                  **ORDER**
10
            IT IS SO ORDERED, except that the final fairness hearing and hearing on motions will be
11
     held on Thursday, July 28, 2016, at 2:00 p.m.
12

13

14   Dated:  March 30, 2016                   _____
15                                            HON. HAYWOOD S. GILLIAM, JR.
                                              UNITED STATES DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CLASS SETTLEMENT DEADLINES